IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RODNEY POWELL,

        Plaintiff,

vs.                                                                          Civ. No. 97-1178 WWD/RLP

DANNY CARTER, Individually, and as a
member of the HOBBS POLICE DEPARTMENT;
CITY OF HOBBS, and JOHN DOES I-V, and
KEELING PETROLEUM, FINA TRUCK STOP,

        Defendants.

MEMORANDUM OPINION AND ORDER

       This matter comes before the court upon a Motion to Dismiss filed by Defendants Danny

Carter, City of Hobbs, and Hobbs Police Department [docket no. 11] and a Motion to Dismiss

filed by Defendants Keeling Petroleum and Fina Truck Stop [docket no. 15].  Both motions as

well as the accompanying responses and replies were filed with the Court October 24, 1997.  The

first motion was served by mail on Plaintiff on September 8, 1997, and the second motion was

served on Plaintiff by mail on September 11, 1997.  On October 20, 1997, I granted Plaintiff leave

to file a second amended complaint.  That complaint, attached to the unopposed motion to amend

as exhibit A, is now the complaint upon which this cause shall be tried.  Given the aforementioned

chronology, I am not willing to assume that the two aforementioned motions to dismiss are

directed to the second amended complaint.  Accordingly, I will deny those motions.  In the event

1

that similar motions are filed in connection with the second amended complaint, they will be considered in due course.

**WHEREFORE,**

**IT IS ORDERED** that Defendants' Danny Carter, City of Hobbs and Hobbs Police Department Motion to Dismiss [docket no. 11] and Defendants' Keeling Petroleum and Fina Truck Stop Motion to Dismiss [docket no. 15] be, and they hereby are, DENIED.

_____
United States Magistrate Judge

2